JS 45 (01/2008) <u>REDACTED</u>

## Criminal Case Cover Sheet                                         U.S. District Court

**Place of Offense:**      Under Seal: Yes ___ No _x_    Judge Assigned: Hon. Michael S. Nachmanoff

City   Falls Church     Superseding Indictment ___    Criminal Number: 1:24-cr-199

County/Parish ___    Same Defendant _X_    New Defendant ___

Magistrate Judge Case Number 1:24-MJ-325    Arraignment Date: ___

Search Warrant Case Number ___

R 20/R 40 from District of ___

Related Case Name and No: ___

**Defendant Information:**

Juvenile - Yes ___ No _x_    FBI #: XXXXX0VC5

Defendant Name: Gokhan Gun    Alias Name(s) ___

Address: XXXXXX, Falls Church, VA XXXXX; XXXXXX, Fairfax, VA XXXXX

Employment: Electrical Engineer, Department of Defense

Birth date xx/xx/1979   SS# xxx-xx-3473   Sex M   Def Race ___   Nationality USA/Turkey   Place of Birth Istanbul, Turkey

Height 5'11"   Weight 195   Hair White   Eyes Brown   Scars/Tattoos ___ Unknown

Interpreter: _x_ No ___ Yes   List language and/or dialect ___   Automobile Description 2010 Toyota Tacoma

**Location Status:**

Arrest Date   August 9, 2024

_x_ Already in Federal Custody as of   August 9, 2024   in ADC

___ Already in State Custody     ___ On Pretrial Release     ___ Not in Custody

___ Arrest Warrant Requested     ___ Fugitive     ___ Summons Requested

___ Arrest Warrant Pending     ___ Detention Sought     ___ Bond

**Defense Counsel Information:**

Name: Rammy George Barbari     ___ Court Appointed     Counsel conflicted out: ___

Address: 409 7th St NW Ste 200, Washington, DC 20004     _X_ Retained

Telephone 202-417-6000     ___ Public Defender     Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA   John Gibbs/Anthony Rodregous    Telephone No: 703-203-0551    Gibbs: VA 40380   Bar #Rodregous: CA 323581

**Complainant Agency, Address & Phone Number or Person & Title:**

Special Agent Madison Ramsden, Federal Bureau of Investigation

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1924 | Unauthorized Removal and Retention of Classified Material | 1 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

Date: September 4, 2024     Signature of AUSA: _[signature]_