Judge: **Michael S. Nachmanoff**

Date: 9/12/2024                                         Reporter:   Diane Salters
Time: 11:06 A.M. to 11:17 A.M.              Courtroom Deputy: Lynnelle Creek

**UNITED STATES of AMERICA**
        Vs.

**GOKHAN GUN**                 **1:24-CR-199**
Defendant's Name                   Case Number

David Benowitz                       Gavin Tisdale
Counsel for Defendant           Counsel for Government

Matter called for:
( ) Motions                    ( ) Setting Trial Date        ( ) Change of Plea Hrg.       ( ) Rule 35
(✓) Arraignment          ( ) Appeal from USMC      ( ) Sentencing                    ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.              ( ) Pre-Indictment Plea      ( ) Other: _____

Defendant appeared:          (✓) in person              ( ) failed to appear
                                          (✓) with Counsel        ( ) without counsel         ( ) through counsel

Filed in open court:
( ) Criminal Information   ( ) Plea Agreement   ( ) Statement of Facts   ( ) Waiver of Indictment   ( ) Discovery Order


**ARRAIGNMENT AND PLEA**:

☎) WFA   () FA   ( ) PG   (✓) PNG   Trial by Jury:   (✓) Demanded   ( )
        Waived


- Non CIPA Motions due on  **10/14/2024.**
- Oppositions due on **10/28/2024.**
- Replies due on **11/4/2024.**
- Oral argument on **11/7/2024 at 10:00 a.m.**
- Case continued to **1/13/2025 at 9:00 a.m.** for a **Jury Trial** .
- Govt's motion to designate case as COMPLEX argued and GRANTED.
- Speedy Trial waived.
- Defendant remanded to the custody of USMS.