IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      v.<br><br>GOKHAN GUN,<br>            *Defendant.* | Crim. No. 1:24-cr-199 |

ORDER

This matter is scheduled for a jury trial on Monday, January 13, 2025. In the interests of fairness, efficiency, and justice, the Court **ORDERS** as follows:

I.

The Court will convene at 9:30 a.m. on each day of trial, although counsel should be present by 9:00 a.m. unless otherwise informed by the Court. Subject to the exigencies of the case or the Court's docket, the Court will take a lunch recess at 1:00 p.m. and recess daily around 5:30 p.m.

A pretrial status conference will be held at 10:00 a.m. on Thursday, January 9, 2025, to resolve any outstanding objections or issues.

II.

The Court imposes the following deadlines. All other deadlines previously imposed remain in full force and effect.

The parties are **DIRECTED** to meet and confer in advance of these deadlines and reach agreement, to the maximum extent possible, as to jury instructions, *voir dire* questions, and the admissibility of exhibits.

**A.      Voir Dire**

By Monday, December 23, 2024, the parties shall jointly file the agreed-upon *voir dire* questions and separately file each party's disputed *voir dire* questions. The Court will conduct the *voir dire*.

**B.      Jury Instructions**

By Monday, December 23, 2024, the parties shall:

- Jointly file (1) an index of all proposed jury instructions (identifying which are disputed), and (2) the agreed-upon jury instructions, with citations and in conformity with Local Criminal Rule 30 in format;

- Separately file (1) their disputed jury instructions[1] with citations and (2) a brief (no longer than fifteen pages) stating the basis for the objection(s) to the opposing party's proposed instructions and presenting any argument in support of the party's own instruction(s). Replies, if any, are due by Monday, December 30, 2024; and

- Deliver to chambers (1) a hardcopy of the agreed-upon jury instructions and index, and (2) an electronic copy, in Microsoft Word format, of the agreed-upon and disputed jury instructions, with and without citations, emailed to msn_chambers@vaed.uscourts.gov.

During the trial, the parties may submit supplemental proposed instructions, or withdraw those previously proposed, to reflect the evidence or the Court's rulings. The Court will hold a conference at the close of trial to finalize jury instructions. The Court will instruct the jury prior to closing arguments and will provide a copy of the final set of jury instructions to the jury for its use during deliberations.

---

[1] For identification of disputed instructions, the government should number their set of instructions and defendants should letter their set of instructions

C. **Court Technology**

By <u>Monday, December 30, 2024</u>, the parties shall file requests, if any, for authorization to bring electronic devices into the courtroom or to use the Court's evidence presentation system.[2]

D. **Exhibits**

By <u>Monday, December 30, 2024</u>, each party shall:

- File its exhibit list;
- Place all proposed trial exhibits in binders, properly tabbed, numbered, and indexed;[3]
- Deliver the original and two (2) courtesy copies to the Clerk's Office, and one (1) copy to the opposing party.

By <u>Monday, January 6, 2025</u>, each party shall file a brief listing each of the other party's exhibits to which objections remains outstanding and articulating the basis for each objection. Where an objection is asserted to only a portion of an exhibit, the objecting party should submit a version of the exhibit that it does not object to (e.g., for a hearsay objection to a portion of an exhibit, the objecting party should submit a version with proposed redactions).

E. **Witnesses**

By <u>Wednesday, January 8, 2025</u>, the government shall file its witness list. Beginning the day before trial and continuing daily through the end of trial, each party shall provide to chambers and opposing counsel, via e-mail, a list of the next day's witnesses in the order in which they will be called.

---

[2] Forms are available on the Court's website. Once the request is approved, an orientation is required (*see* https://www.vaed.uscourts.gov/evidence-presentation-system).

[3] These requirements apply only to non-contraband exhibits. Any contraband exhibits should be assembled in a separate binder and remain in the government's possession.

F.   **Verdict Form**

By the close of the government's case, the parties shall submit to the Court, in hardcopy and electronic (Microsoft Word) formats, a proposed verdict form. If the parties cannot agree on the form, each party shall submit its own proposed verdict form in hard copy and electronic copy.

\* \* \*

If any party anticipates significant unresolved issues, other than those that are or will be the subject of motions, please alert the Court as soon as possible. Chambers may be contacted by email at msn_chambers@vaed.uscourts.gov.

IT IS SO ORDERED.

/s/
Michael S. Nachmanoff
United States District Judge

October 30, 2024
Alexandria, Virginia