Judge: **Michael S. Nachmanoff**

Date: 11/21//2024
Time: 1:57 P.M. to 2:08 P.M.

Reporter: Diane Salters
Courtroom Deputy: Lynnelle Creek

**UNITED STATES of AMERICA**
    Vs.

| **GOKHAN GUN** | **1:24-CR-199** |
|---|---|
| Defendant's Name | Case Number |

| David Benowitz<br>Rammy Barbari<br>Jeffrey King | Gavin Tisdale |
|---|---|
| Counsel for Defendant | Counsel for Government |

Matter called for:
( ) Motions  ( ) Setting Trial Date  ( ) Change of Plea Hrg.  ( ) Rule 35
(✓) Status  ( ) Appeal from USMC  ( ) Sentencing  ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.  ( ) Pre-Indictment Plea  ( ) Other: _____

Defendant appeared:  (✓) in person  ( ) failed to appear
                       (✓) with Counsel  ( ) without counsel  ( ) through counsel

Filed in open court:
( ) Criminal Information   ( ) Plea Agreement   ( ) Statement of Facts   ( ) Waiver of Indictment   ( ) Discovery Order

**PROCEEDINGS**

- Jury Trial reset to **5/19/2025 at 9:00 am (1 week)**
- Counsel directed to confer and submit joint briefing schedule as articulated in open court.
- Defendant remanded to the custody of USMS.