Date: 3/20/2025                     Judge:  **Michael. S. Nachmanoff**              Reporter:  Diane Salters
Time: 9:58 A.M. to 10:24 A.M.                                      Courtroom Deputy: Lynnelle Creek

**UNITED STATES of AMERICA**
             Vs.

**GOKHAN GUN**                    **1:24-CR-199**
Defendant's Name                  Case Number

David Benowitz                    John Gibbs and Chantelle Dial
Counsel for Defendant             Counsel for Government

Matter called for:
( ) Motions                    ( ) Setting Trial Date      (✓) Change of Plea      ( ) Rule 35
( ) Arraignment                ( ) Appeal from USMC        ( ) Sentencing          ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.                      ( ) Pre-Indictment Plea ( ) Other: _____

Defendant appeared:          (✓) in person            () did not appear
                             (✓) with Counsel         ( ) without counsel      ( ) through counsel

Filed in open court:
() Criminal Information      (✓) Plea Agreement    (✓) Statement of Facts   () Sealed Document      () Waiver of Ind.


**PLEA AGREEMENT HEARING**
- Defendant PG to count 1 of the Indictment filed.
- Defendant referred to USPO for PSIR
- Defendant's request for expedited  PSIR-GRANTED.
- Parties to confer with regard to classified matters as articulated in open court.
- Case continued to **6/17/2025** at **10:00 a.m.** for a Sentencing.
- Defendant remanded.